**634**

In the instant case the jury was not even instructed on the range of punishment. The jury's only options were to find the defendant guilty beyond a reasonable doubt or not guilty. The prosecutor's comments during voir dire, although inappropriate, do not rise to the level of the potentially prejudicial instruction in *Hunter*. The defendant's point is denied.

Judgment is affirmed.

All concur.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Jeff MURPHY, Appellant.

No. WD 34989.

Missouri Court of Appeals,
Western District.

Jan. 24, 1984.

Ronald F. Fisk, Public Defender, Vernon County, Nevada, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

PER CURIAM:

ORDER

This is a direct appeal from a jury conviction for burglary, second degree, in violation of Sec. 569.170 RSMo 1978.

Robert F. ROBERTS, Appellant,

v.

ESTATE OF Ada Dorothy ROBERTS, Deceased, Respondent.

No. WD35157.

Missouri Court of Appeals,
Western District.

Jan. 24, 1984.

